IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAMON HOSEA McGRAW**                                                               **PLAINTIFF**
**ADC #142102**

**V.**                                            **4:10CV01846 WRW**

**JAMES M. MOODY**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of December, 2010 (Pearl Harbor Day).


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE